# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ELLIS REED

NO. 2025 KW 0631

**AUGUST 18, 2025**

---

In Re:     Ellis Reed, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 55941.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

**HG**
**TPS**


**McClendon, C.J.,** concurs. Relator seeks relief for a matter originating in the United States District Court for the Middle District. I note that this court has no jurisdiction over matters originating in federal court. See La. Const. art. 5, § 10.


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT